IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lederman, Arnold

Printed: 4/8/08

Case Number: 07 B 16367
Judge: Hollis, Pamela S
Filed: 9/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 5,620.69 | 0.00 |
| 4. | Chase Home Finance | Secured | 62,434.84 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 493.69 | 0.00 |
| 6. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 101.03 | 0.00 |
| 8. | ER Solutions | Unsecured | 1,750.55 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 134.40 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,793.25 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,450.82 | 0.00 |
| 12. | ER Solutions | Unsecured |  | No Claim Filed |
| 13. | Credit One Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 74,779.27 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lederman, Arnold | Case Number: 07 B 16367 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 9/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

